UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|                        |   |            |
|------------------------|---|------------|
| TERRI PADGETT,         | ) |            |
|                        | ) |            |
| Plaintiff,             | ) |            |
|                        | ) |            |
| v.                     | ) | **JUDGMENT** |
|                        | ) |            |
|                        | ) | No. 7:11-CV-105-FL |
|                        | ) |            |
| MICHAEL J. ASTRUE,     | ) |            |
| Commissioner of Social Security, | ) |    |
|                        | ) |            |
| Defendant.             | ) |            |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 23, 2012, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner for further proceedings consistent with the memorandum and recommendation.

<u>**This Judgment Filed and Entered on May 23, 2012, and Copies To:**</u>

Barbara von Euler (via CM/ECF Notice of Electronic Filing)
Kathleen S. Glancy (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

May 23, 2012                          JULE A. RICHARDS, CLERK
                                     /s/ Christa N. Baker
                           _____
                              (By) Christa N. Baker, Deputy Clerk